IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN THE MATTER OF: | |
| LUIS ANDRES  REYES LEON | CASE NO. 10-06002 SEK |
| XXX-XX-3859 | Chapter 13 |
| Debtor | |

**NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST**

A hearing will be held at the United States Bankruptcy Court, U.S. Post Office and Courthouse Building, Second floor, Courtroom 1, 300 Recinto Sur Street, Old San Juan, Puerto Rico on **SEPTEMBER 15, 2010 at 10:45 A.M.** to act upon the following matters:

**MOTION REQUESTING SUBSTANTIVE CONSOLIDATION WITH CASE 10-6003 (Docket #9)**

**NOTICE IS SHORTENED BY ORDER OF THE COURT**

San Juan, Puerto Rico, this September 1st, 2010.

CELESTINO MATTA-MENDEZ
Clerk of the Court

BY: VANESSA ORTIZ-RENTAS
**Deputy Clerk**

cc:   All creditors